UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTI CLAYTON, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BIS, INC. D/B/A INTERNATIONAL HOUSE OF PANCAKES ("IHOP"), SFAL, INC., FM SJ, INC., AND MOHAMMED IFTIKHAR, INDIVIDUALLY, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action No.<br>1:15-cv-03774-SCJ |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. This Court thereby orders that the above-styled action be **DISMISSED WITH PREJUDICE**.

This the __24th__ day of __March__, 2016.



_s/Steve C. Jones_____
Honorable Steve C. Jones
District Court Judge, Northern District of Georgia